# APRIL TERM, 1863, AT DETROIT.

## The People on the relation of Aldert Plugger and others, v. The Township Board of Fillmore.

*Where cause has been shown in opposition to an application for a mandamus, and an argument is not had until a subsequent term, the case must be noticed and placed upon the docket for argument as a calender cause, and printed briefs furnished.*

*Decided April 8th.*

Application for a mandamus. An order to show cause having been made, cause was shown at the last January term, but argument was not had at that term. The question now arising whether the application was to be heard as a motion, or as a calender cause.

THE COURT held that where, after cause shown, the application stands over to a subsequent term, it must be noticed and placed upon the docket as a calender cause, and printed briefs be furnished as in other cases.

*A. Russell,* for the People.

*N. A. Balch,* for respondents.